# U.S. District Court
## United States District Court for the Southern District of New York (Foley Square)
## CIVIL DOCKET FOR CASE #: 1:06-cv-15342-JGK
### Internal Use Only

| | |
|---|---|
| DiMatteo v. L.G. Phillips LCD Co., Ltd. et al | Date Filed: 12/20/2006 |
| Assigned to: Judge John G. Koeltl | Date Terminated: 06/05/2007 |
| Related Case: 1:06-cv-14335-JGK | Jury Demand: Plaintiff |
| Cause: 28:1391 Personal Injury | Nature of Suit: 190 Contract: Other |
| | Jurisdiction: Diversity |

**Plaintiff**

**Tom DiMatteo**
*individually and on behalf of all others similarly situated*

represented by **David E Kovel**
Kirby McInerney & Squire, LLP
830 Third Avenue, 10th Floor
New York, NY 10022
(212) 317-2300
Fax: (212) 751-2540
Email: dkovel@kmslaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**
**L.G. Phillips LCD Co., Ltd.**

**Defendant**
**LG Phillips LCD America, Inc.**

**Defendant**
**Samsung Electronics Co., Ltd.**

**Defendant**
**Samsung Electronics America, Inc.**

**Defendant**
**NEC Corp.**

**Defendant**
**NEC Display Solutions of America, Inc.**

**Defendant**
**NEC LCD Technologies, Ltd.**

**Defendant**
**NEC Electronics America, Inc.**

**Defendant**
Sharp Corp.

**Defendant**
Sharp Electronics Corp.

**Defendant**
AU Optronics Corp.

**Defendant**
AU Optronics Corporation America

**Defendant**
Chi Mei Optoelectronics Corp.

**Defendant**
Chi Mei Optoelectronics USA, Inc.

**Defendant**
International Display Technology Co., Inc.

**Defendant**
International Display Technology USA, Inc.

**Defendant**
Hitachi, Ltd.

**Defendant**
Hitachi America Ltd.

**Defendant**
Hitachi Electronic Devices (USA), Inc.

**Defendant**
Hitachi Displays, Ltd.

**Defendant**
Toshiba Corp.

**Defendant**
Toshiba Matsushita Display Technology Co., Ltd.

**Defendant**
Chunghwa Picture Tubes, Ltd.

**Defendant**
Hannstar Display Corp.

**Defendant**
IDT International, Ltd.

**Defendant**
Oregon Scientific, Inc.

**Defendant**
Sanyo-Epson Imaging Devices Corp.

**Defendant**
1-100 John Does
*inclusive*

| Date Filed | # | Docket Text |
|---|---|---|
| 12/20/2006 | 1 | COMPLAINT against NEC LCD Technologies, Ltd., NEC Electronics America, Inc., Sharp Corp., Sharp Electronics Corp., AU Optronics Corp., AU Optronics Corporation America, Chi Mei Optoelectronics Corp., Chi Mei Optoelectronics USA, Inc., International Display Technology Co., Inc., International Display Technology USA, Inc., Hitachi, Ltd., Hitachi America Ltd., Hitachi Electronic Devices (USA), Inc., Hitachi Displays, Ltd., Toshiba Corp., Toshiba Matsushita Display Technology Co., Ltd., Chunghwa Picture Tubes, Ltd., Hannstar Display Corp., IDT International, Ltd., Oregon Scientific, Inc., Sanyo-Epson Imaging Devices Corp., John Does, L.G. Phillips LCD Co., Ltd., LG Phillips LCD America, Inc., Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., NEC Corp., NEC Display Solutions of America, Inc.. (Filing Fee $ 350.00, Receipt Number 600830)Document filed by Tom DiMatteo.(laq, ) (Entered: 12/22/2006) |
| 12/20/2006 |  | SUMMONS ISSUED as to NEC LCD Technologies, Ltd., NEC Electronics America, Inc., Sharp Corp., Sharp Electronics Corp., AU Optronics Corp., AU Optronics Corporation America, Chi Mei Optoelectronics Corp., Chi Mei Optoelectronics USA, Inc., International Display Technology Co., Inc., International Display Technology USA, Inc., Hitachi, Ltd., Hitachi America Ltd., Hitachi Electronic Devices (USA), Inc., Hitachi Displays, Ltd., Toshiba Corp., Toshiba Matsushita Display Technology Co., Ltd., Chunghwa Picture Tubes, Ltd., Hannstar Display Corp., IDT International, Ltd., Oregon Scientific, Inc., Sanyo-Epson Imaging Devices Corp., John Does, L.G. Phillips LCD Co., Ltd., LG Phillips LCD America, Inc., Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., NEC Corp., NEC Display Solutions of America, Inc.. (laq, ) (Entered: 12/22/2006) |
| 12/20/2006 |  | CASE REFERRED TO Judge John G. Koeltl as possibly related to 1:06-cv-14335. (laq, ) (Entered: 12/22/2006) |
| 12/20/2006 |  | Case Designated ECF. (laq, ) (Entered: 12/22/2006) |
| 01/04/2007 |  | CASE ACCEPTED AS RELATED TO 06cv14335. Notice of Assignment to follow. (kco, ) (Entered: 01/10/2007) |
| 01/04/2007 | 2 | NOTICE OF CASE ASSIGNMENT to Judge John G. Koeltl. Judge Unassigned is no longer assigned to the case. (kco, ) (Entered: 01/10/2007) |
|  |  |  |

| 01/04/2007 | | Magistrate Judge Theodore H. Katz is so designated. (kco, ) (Entered: 01/10/2007) |
|---|---|---|
| 01/04/2007 | | Mailed notice to the attorney(s) of record of case assignment. (kco, ) (Entered: 01/10/2007) |
| 06/05/2007 | 3 | CERTIFIED TRUE COPY OF CONDITIONAL MDL TRANSFER OUT ORDER FROM THE MDL PANEL...transferring this action from the U.S.D.C. - S.D.N.Y to the United States District Court - Northern District of California. (Signed by Judge MDL Panel on 04/25/2007) (jeh) (Entered: 06/11/2007) |
| 06/05/2007 | | MDL TRANSFER OUT: Emailed certified copy of docket entries and transfer order along with letter of acknowledgment to the United States District Court - Northern District of California. (jeh) (Entered: 06/11/2007) |